UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

James N. Clayton
Plaintiff/Petitioner

05 - 11628 MLW

V.

Commonwealth of Massachusetts
Respondent/Defendants

MOTION TO WAIVE ALL FEES AND COSTS

NOW comes the plaintiff/petitioner James N. Clayton by his power of attorney Ruth Southern, who requests all fees and costs be waived by this court as neither this plaintiff nor the power of attorney have the ability to pay any fees at this time.

Respectfully Submitted
James N. Clayton

James N. Clayton by
X Ruthann Southern as
Power of Attorney see att.
P.O.Box 126
Sagamore Mass. 02561

this is a motion and affidavit of
Dudgewey.

James N Clayton

X Ruthan Southern

Case 1:05-cv-11628-MLW    Document 1    Filed 07/27/2005    Page 2 of 2