05-11028-MLW

# Limited Power of Attorney

I, James N. Clayton Date of Birth 6/28/46 Hereby grant a Limited Power of Attorney to Ruthann Southern whose date of birth is 2-21-42 is expressly Authorized to Act on my behalf and in my place with regard to the matters set forth below:

To Handle and receive legal Papers from Superior Court with regard to my court case including court transcripts for me.

Date: 2/21/04   James N. Clayton

witness Jeff M Lamonda 2/21/04

witness [signature] 2-21-04