UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES N. CLAYTON,<br>    Plaintiff,<br><br>        v.<br><br><br>COMMONWEALTH OF<br>MASSACHUSETTS, ET AL.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-11628-MLW |

ORDER OF DISMISSAL

WOLF, D.J.

    In accordance with the Memorandum and Order dated October 15, 2005 (#4) directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,<br><br>/s/ Dennis O'Leary<br>Deputy Clerk

Dated: October 17, 2005