10/25/05

To: Dennis O'Leary, Deputy Clerk,

Sir

I received the dismissal of my appeal from the US District Court.

Please note that the SJC has denied FAR on 7/27/05 of my appeal.

I do want to go forward on my appeal in the US District Court. I am not guilty of the charge against me and was wrongfully convicted.

Please let me know how do I get a lawyer to represent me in the US District Court. I have no money other than whats in my account here. Less than $30.00 at the present time. I work here in maintenance for $2.00 a day.

Please let me know if you can help me in any way.
Thank you.

James N. Clayton   W65672
BSCC   Box 73
Norfolk, MA. 02056