UNITED STATES DISTRICT COURT
For the Massachusetts District

James N. Clayton,           )
                            )
   Plaintiff/Appellant,     )
                            )
V.                          )
                            )
                            )          C.A. No. 05-11628-MLW
Commonwealth of             )
Massachusetts, Et Al,.      )
   Defendants/Appellees,    )

NOTICE OF APPEAL OF DISMISSAL

Now comes the plaintiff, James N. Clayton, who serves notice, on the clerk of court of "APPEAL" as follows:

1.) It Appears the court Dismissed the complaint without an opportunity to perfect it if necessary, under it's 28 U.S.C. s 1915 authority, "Sua Sponte" " Allegedly without prejudice". That, however is a "Judicial Impossibility", as during the tthree months the case was pending. The "State" (SJC) Dismissed Two "FAR" Appeals and had "Refused" to Docket the "Petition" for "Habeas Corpus" without any avenue of "Review or Appeal" because of the (SJC's) refusal on three attempts to remedy the Constitutional Violations, The Exhaustion Requirement has been deliberately frustrated by the "State".

Wherefore, the "Rights" having been frustrated and no remedy at law from the "State", this plaintiff must "Appeal" to "Reverse" the Prejudice with respect to "Exhaustion" this Court could have anticipated the "State's" action or reviewed it, before the "Dismissal" to prevent the Prejudice committed here.

*[signature]*

James N. Clayton
Plaintiff/Appellant
P.O. Box 126
Sagamore Mass. 02561

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 60 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Postmark Here

Sent To: Comm. of Mass. SJC Suffolk Ct
Street, Apt. No.; or PO Box No.: 1 Pemberton Sq
City, State, ZIP+4: Boston, MA 02108-1707

Article Number: 7002 3150 0000 9864 4249

PS Form 3800, June 2002    See Reverse for Instructions

Handwritten notation: 3/02/05 Received Docketed at 2/1/83 + Halvorsen[?]

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Comm. of Mass Suff Ct
   S.J.C
   1 Pemberton Sq
   Boston, MA.
   02108-1707

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X M Ryan    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: MAR 0 2 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 9864 4249

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Supreme Judicial Court and Appeals Court of Ma**
Public Case Information

- Home
- Case Search
  - Docket Number
  - **Involved Party**
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

No matches found!

Involved Party S

| | |
|---|---|
| Party Last Name | clayton |
| Party First Name | james |
| Year Filed | 2005 |
| Case Status | All Cases |
| Case Category | All Cases |
| Case Type | All Cases<br>All Supreme Judi<br>All Appeals Court |
| Sort List by | Party Name |

Here you can search for a Case by the name of a

Please enter the Party Last Name and then click

**Helpful Hints:**

- You can enter a partial last name such as
- When using the Soundex feature be sure t
- You don't have to enter a first name, but a
- You may also wish to read the Search Hel

© 2001 PCI

*[handwritten annotation: No Docketing SJ Case X GL 211 §3 Habeas corpus]*

# Supreme Judicial Court and Appeals Court of Ma
## Public Case Information

- Home
- Case Search
  - Docket Number
  - **Involved Party**
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

Bottom >

**SUPREME JUDICIA**
**for the Common**
Case Docke

**COMMONWEALTH vs. JAM**
FAR-14885

### CASE HEADE

| | | |
|---|---|---|
| Case Status | FAR denied | S |
| Nature | Crim: nonhomicide nondrug | E |
| Appeals Ct Number | 2004-P-0445 | O D |
| Appellant | Defendant | A |
| Citation | 444 Mass. 1107 | C |
| Full Ct Number | | T |
| Lower Court | Barnstable Superior Court | L J |

### INVOLVED PARTY / ATTORNEY

**Commonwealth**
Plaintiff/Appellee

Julia K. Holl
J. Thomas H

**James N. Clayton**
Defendant/Appellant

Peter M. On
Carlo A. Ob
Inactive

### DOCKET ENTR

| Entry Date | Paper | Entry Text |
|---|---|---|
| 06/22/2005 | | Docket opened. |
| 06/22/2005 | #1 | MOTION to file FAR applica by Peter M. Onek, Esquire. |
| 06/22/2005 | #2 | FAR APPLICATION of Jam Onek, Esquire. |
| 07/12/2005 | #3 | Letter from Atty. Onek regar Commonwealth's oppositior |
| (07/27/2005) | #4 | DENIAL of FAR application. |

**Supreme Judicial Court and Appeals Court of Ma**
**Public Case Information**

- Home
- Case Search
  - Docket Number
  - **Involved Party**
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

Bottom >

**SUPREME JUDICIA**
**for the Common**
**Case Docke**

**COMMONWEALTH vs. JAM**
FAR-14886

**CASE HEADE**

| | |
|---|---|
| **Case Status** | FAR denied |
| **Nature** | Crim: nonhomicide nondrug |
| **Appeals Ct Number** | 2004-P-1321 |
| **Appellant** | Defendant |
| **Citation** | 444 Mass. 1107 |
| **Full Ct Number** | |
| **Lower Court** | Appeals Court |

**INVOLVED PARTY**             **ATTORNEY**

**Commonwealth**                Julia K. Holl
Plaintiff/Appellee              J. Thomas F

**James N. Clayton**            Peter M. On
Defendant/Appellant

**DOCKET ENTR**

| Entry Date | Paper | Entry Text |
|---|---|---|
| 06/22/2005 | | Docket opened. |
| 06/22/2005 | #1 | MOTION to file FAR applica by Peter M. Onek, Esquire. |
| 06/22/2005 | #2 | FAR APPLICATION of Jame Onek, Esquire. |
| 07/06/2005 | #3 | OPPOSITION to FAR applic Julia K. Holler, A.D.A., J. Th |
| 07/27/2005 | #4 | DENIAL of FAR application. |