# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11628

James N. Clayton

v.

Commonwealth of Massachusetts, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 7, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/8/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11628-MLW

Clayton v. Commonwealth of Massachusetts
Assigned to: Judge Mark L. Wolf
Cause: 42:1983 Civil Rights Act

Date Filed: 07/27/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

James N. Clayton            represented by   James N. Clayton
                                             P.O. Box 126
                                             Sagamore, MA 02561
                                             PRO SE

V.

**Defendant**

**Commonwealth of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by James N. Clayton. (Jenness, Susan) (Entered: 08/08/2005) |
| 07/27/2005 | 2 | Limited Power of Attorney of James Clayton (Jenness, Susan) (Entered: 08/08/2005) |
| 07/27/2005 | 3 | COMPLAINT against James N. Clayton Filing fee: $ 0.00, receipt number 0.00, filed by James N. Clayton. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 08/08/2005) |
| 07/27/2005 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Jenness, Susan) (Entered: 08/08/2005) |
| 10/15/2005 | 4 | Judge Mark L. Wolf : MEMORANDUM AND ORDER entered: Plaintiff's Motion to Waive All Fees and Costs (#1) is denied; The Court will not construe this action as a petition for writ of habeas corpus. Any request for habeas relief contained in the Complaint is denied without prejudice; Plaintiff's civil rights claims are dismissed sua sponte without prejudice; and Plaintiff's Limited Power of Attorney to Ruthann Southern is stricken, absent a showing that Ms. Southern is a licensed attorney of law, with the exception that the Court will permit the docket to reflect Plaintiff's mailing address as P.O. Box 126, Sagamore, MA 02561, for purposes of receiving notices, rulings, and other documents related to this |

| | | |
|---|---|---|
| | | action.(PSSA1) (Entered: 10/17/2005) |
| 10/17/2005 | 5 | Judge Mark L. Wolf :ORDER OF DISMISSAL entered. (PSSA1) (Entered: 10/17/2005) |
| 10/26/2005 | 6 | Response by James N. Clayton to 5 Order Dismissing Case, FILED. (Boyce, Kathy) (Entered: 11/08/2005) |
| 11/18/2005 | 8 | NOTICE OF APPEAL as to 5 Order Dismissing Case by James N. Clayton. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/8/2005. (Boyce, Kathy) (Entered: 12/02/2005) |
| 11/21/2005 | 7 | Judge Mark L. Wolf : MEMORANDUM AND ORDER entered: [Summary of Text: To the extent that Clayton seeks judicial review of his state conviction and sentence, he cannot raise his claims in [this] civil action. As previously noted in the October 15th Memorandum and Order, such claims should be raised in the habeas context. Therefore, Clayton may raise his claims in a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254, and the clerk is directed to provide Clayton with a blank 2254 form. However, any such petition must be accompanied by the $5.00 filing fee, or an Application to Proceed Without Prepayment of Fees, along with Clayton's prison account statement.Clayton's request for appointment of counsel is Denied without prejudice to renewing after he has filed a 2254 petition and has either paid the filing fee or is allowed to proceed in forma pauperis.](PSSA1) (Entered: 11/21/2005) |
| 11/21/2005 | | Remark: 2254 and IFP forms sent to Clayton.(PSSA1) (Entered: 11/21/2005) |

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 05-cv-11628

James N. Clayton

v.

Commonwealth of Massachusetts, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 7, 2005.

Sarah A. Thornton, Clerk of Court

By:
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals


Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05