UNITED STATES DISTRICT COURT
For The District of Massachusetts

C.A. 05-11628-MLW
C.C.A. 05-2833

James N. Clayton, Plaintiff/Appellant

V.

Commonwealth of Massachusetts
Defendant/Appellee

MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff/Appellant James N. Clayton who states as follows:

1.) That I currently have considerably less than the Federal Guidelines, on poverty and clearly meet the standard.

2.) I have no other assets available to pay any costs or fees Associated with this case or it's Appeal.

Wherefore, this plaintiff/appellant requests this court allow this Motion and waive all costs and fees associated with this case and Appeal.

James N. Clayton
Plaintiff/Appellant
P.O. Box 126
Sagamore Mass. 02561

UNITED STATES DISTRICT COURT
For The District of Massachusetts

C.A. 05-11628-MLW
C.C.A. 05-2833

James N. Clayton, Plaintiff/Appellant

V.

Commonwealth of Massachusetts
Defendant/Appellee

AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff/Appellant James N. Clayton who states as follows:

1.) That I currently have considerably less than the Federal Guidelines, on poverty and clearly meet the standard.

2.) I have no other assets available to pay any costs or fees Associated with this case or it's Appeal.

3.) My current Income is 120.00 a month.

Wherefore, this plaintiff/appellant requests this court allow this AFFIDAVIT and waive all costs and fees associated with this case and Appeal.

James N. Clayton
Plaintiff/Appellant
P.O.Box 126
Sagamore Mass. 02561