UNITED STATES DISTRICT COURT
For the district of Massachusetts

C.A. 05-11628-MLW
05-2833

James N. Clayton Plaintiff

V.

Commonwealth of Massachusetts
Defendant

Plaintiff James N. Clayton, appellant hereby serves notice on the clerk of this court and (clerk of the Appeals Court) of his timely notice of appeal from the January 27, 2006 "Order" denying the motion to proceed "In Forma Pauperis" as being both inconsistent with the letter of the law and it's intent.

Plaintiff/Appellant

James N. Clayton
P.O.Box 126
Sagamore Mass. 02561