# United States Court of Appeals
## For the First Circuit

No. 05-2833

JAMES N. CLAYTON,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella, and Howard, <u>Circuit Judges</u>.

ORDER OF COURT

Entered: April 3, 2006

Although we make no final determination at this point, it may be that the October 26, 2005 filing should be construed as a timely notice of appeal. Consequently, we vacate the February 14, 2006 judgment of dismissal and reinstate the appeal. The parties should address both jurisdiction and the merits in their briefs.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 4/3/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[certified copies: Sarah A. Thornton, Clerk, United States
    District Court for the District of Massachusetts]
    [cc: James N. Clayton, Tom Reilly, AG]