UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

FILED
CLERKS OFFICE
2006 AUG 18 P 12: 29
U.S. DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF/APPELLANT'S SECOND REQUEST
FOR A CERTIFICATE OF APPEALABILITY

JAMES N. CLAYTON
V.
COMMONWEALTH OF MASSACHUSETTS

05-12307
05-11628

THIS PLAINTIFF/APPELLANT, JAMES N. CLAYTON, must appeal this case, to preserve the "Rights Guarranteed under the U.S. Constitution"and have been further frustrated by this court in Dismissal of "Habeas Corpus" 05-12307-JLT allegedly for "Failure to Exhaust" in the SJC a "False" statement made by the Attorney General and the basis of the Dismissal of that Petition in direct contravention of the Findings and Memorandum in this case, and the evidence that the SJC was presented with the opportunity to Rule

Wherefore the violations of "Equal Access" and "Unfair Burden " require further review by an Appellate Court a Certficate of Appealability must Issue in both cases as they have both been combined in the Court of Appeals.

Respectfully Submitted

James N. Clayton
P.O.Box 126
Sagamore Ma. 02561