```
                          FILED
                       CLERKS OFFICE            James N. Clayton
                                                Bay State Corr. Center
                                                28 Clark Street
                     2006 SEP -7  A 9:43        P.O. Box 73
Honorable Mark L. Wolf                          Norfolk, MA 02056-0073
Chief Justice        U.S. DISTRICT COURT
U.S. District Court  DISTRICT OF MASS           September 5, 2006
1 Courthouse Way
Boston, MA 02210
```

Dear Chief Justice Wolf,

   I am the Plantiff in Case Number 05-2833, which you dismissed but recommended, in your Memorandom that I file an appeal and a Habeas Corpus.

   I have filed an Appeal and I also filed a Habeas Corpus for Case Number 06-1381. The State Court has ignored my appeal up through the Supreme Judicial Court. Judge Tauro, without reflecting on your prior recommendation, in your Memorandom, simply accepted the Commonwealth's statement and dismissed the appeal for "Lack of Exhaustion".

   This places an unfair burden, if not an impossible one on me, the Plantiff. The United States Appeals Court is obviously trying to dismiss the appeal as well.

   What happened to Equal access in the Courts?

   The dismissal of my case in the State Superior Court, by Judge Dolan, on December 29, 1995 on "Prejudicial Grounds" would be case law and final.

   The State did not appeal the dismissal in 1995. So to bring this up now would amount to Double Jeopardy as there should have been no more court action on this case as the Commonwealth's failure to appeal the dismissal would be final.

   It seems like the Assistant District Attorney had to have an conviction, so she chose to ignore the Dismissal, as did the State Appeals Court and the Massachusetts Supreme Judicial Court.

   I have paid all filing fees for both Case Number 05-2833 and Case Number 06-1381 and have filed a motion for "Appointment of Counsel" on both cases. I have also filed for a "Certificate of Appealability" in the United States District Court for Case Number 06-1381.

James N. Clayton: to
Honorable Mark L. Wolf, Chief Justice
September 5, 2006

Page 2

The Appeals Court has told me that my Brief is due on September 12, 2006, and if it is not received by that date they will dismiss my Appeal on Case Number 05-2833.

I still have no attorney to help me and no decision has been made on my motion, as of this date. I will continue to work to have my case overturned and to get the justice I am entitled to. All I ask is for some simple justice that I have been waiting for since 1955.

I want to thank you for your time and consideration in this matter. Thank you, too, for any help you may be able to give me.

Please respond.

Respectfully submitted,

*James N. Clayton*
James N. Clayton

P.S. Is there any way that I can proceed with Case Number 05-2833 without filing a brief? If so, kindly notify me. Thank you.