# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2833

JAMES N. CLAYTON,
Plaintiff,

v.

COMMONWEALTH OF MASSACHUSETTS,
Defendant, Appellee.

### JUDGMENT

Entered: October 16, 2006
Pursuant to 1st Cir. R. 27(d)

By notice issued September 22, 2006, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by October 6, 2006, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

By:_____
Operations Manager

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

Date:

[cc: James N. Clayton, Tom Reilly, AG]