UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

James N. Clayton           )
    Plaintiff,          )
                )
      v.              )   C.A. No. 05-11628-MLW
                )
                )
Commonwealth of Massachusetts  )
    Defendant.          )

MEMORANDUM & ORDER

WOLF, D.J.

Plaintiffs's Motion for a Certificate of Appealability is being denied for the following reasons:

1.  The Court of Appeals has already dismissed the appeal in this case for failure to file a brief as directed (lack of diligent prosecution).  See Mandate Dismissing Appeal, Oct. 16, 2006 (Docket No. 19).

2.  This case was construed as a civil action and not a habeas petition.  See Order, Oct. 15, 2005 (Docket No. 4). Accordingly, no certificate of appealability is required as a prerequisite for appeal.  See 28 U.S.C. §2253 (governing appeals of habeas petitions).

3.  Plaintiff's identical request for a certificate of appealability with respect to his §2254 habeas petition has been ruled on and denied by Judge Tauro.  See Order, Sept. 6, 2006.

Accordingly, Plaintiffs's Motion for a Certificate of

Appealability, (Docket No. 16), is hereby DENIED.

_____          _____
DATE                                 UNITED STATES DISTRICT JUDGE

2